

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2020

No. 04-19-00458-CV

Frederick Stanton **DUNCAN**,
Appellant

v.

Shanna Nicole **DUNCAN**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-18794
Honorable David A. Canales, Judge Presiding

# O R D E R

The reporter's record was due on November 18, 2019. *See* TEX. R. APP. P. 35.1. After the record was not timely filed, on December 3, 2019, this court notified court reporter Luis Duran Jr. that the reporter's record was late and he must file a notification of late record by December 13, 2019, or the reporter's record not later than January 2, 2020. *See id.* R. 37.3(a)(1). To date, this court has not received a notification of late record and the reporter's record has not been filed.

We ORDER court reporter Luis Duran Jr. to file the reporter's record in this court **within TEN DAYS of the date of this order**. *See id.* R. 35.3(c).

If the reporter's record is not filed as ordered, a show cause order shall issue directing Luis Duran Jr. to appear on a day certain and show cause why he should not be held in contempt for failing to file the record. *See* TEX. R. APP. P. 35.3(c); *see also* TEX. GOV'T CODE ANN. § 21.002 (West 2004) (authorizing contemnor punishment up to "a fine of not more than $500 or confinement in the county jail for not more than six months, or both such a fine and confinement in jail"); *Johnson v. State*, 151 S.W.3d 193, 195–96 (Tex. Crim. App. 2004) (noting the court's previous action holding a court reporter in contempt for "repeatedly fail[ing] to prepare and file the record" and "order[ing] him incarcerated . . . until the record was finished").

We direct the clerk of this court to cause a copy of this order to be served on Luis Duran Jr. by certified mail, return receipt requested, with delivery restricted to addressee only, or give other personal notice of this order with proof of delivery.

Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), we direct the clerk of this court to deliver a copy of this order to the Honorable David Canales, Presiding Judge of the 73rd District Court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2020.

Michael A. Cruz,
Clerk of Court